IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMIE MONKE,**

**Plaintiff,**

**v.**

**GENERAL MEDICINE, P.C.,**
**A corporation, et al.,**

**Defendants.**  No. 07-CV-198-DRH

## ORDER

**HERNDON, District Judge:**

Now before the Court are five separate motions filed by Plaintiff seeking an order of default judgment against Defendants Thomas Prose, M.D. (Doc. 13), Marilyn K. Morgan (Doc. 14), Rebecca J. Coccia (Doc. 15), Patricia A. Gottschalk (Doc. 16), and Scott Sansovich (Doc. 17). Although the motions state that each Defendant was served on March 23, 2007, there is no documentation supporting this assertion. Therefore, the motions are presently **DENIED**. (Docs. 13-17.) If Plaintiff wishes to re-file the motions, she should attach documentation that sufficiently demonstrates that each Defendant has been properly served.

**IT IS SO ORDERED.**

Signed this 10th day of May, 2007.

/s/      David  RHerndon
**United States District Judge**