# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS

**JAMIE MONKE,**

**Plaintiff,**

**v.**

**GENERAL MEDICINE, P.C.,**
**a corporation,**

**Defendant.**                                    **No. 07-CV-198-DRH**

## ORDER

**HERNDON, Chief Judge:**

   This matter comes before the Court on Defendant's motion to dismiss.
(Doc. 90.)  On June 13, 2008, the Court entered an order granting Plaintiff's
attorney, Thomas Q. Keefe, Jr.'s, motion to withdraw. (Doc. 85.)  Attached to Mr.
Keefe's motion were several letters Mr. Keefe sent to Plaintiff advising her that she
needed to retain new counsel.  In addition, attached to Defendant's motion to dismiss
is another letter from Mr. Keefe dated June 20, 2008 urging Plaintiff to retain new
counsel within 21 days of the date of the order granting Mr. Keefe's withdrawal in
accordance with **Federal Rule of Civil Procedure 83.1**.  As of this date, no new
counsel has entered an appearance on Plaintiff's behalf.

   Therefore, the Court **DIRECTS** Plaintiff to respond to this motion no
later than August 14, 2008.  Plaintiff is warned that if she does not respond by said

date that the Court will dismiss this case with prejudice.

**IT IS SO ORDERED.**

Signed this 18th day of July, 2008.

/s/          *David R Herndon*
**Chief Judge**
**United States District Court**